IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN WILSON, SR,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 21-cv-66-DWD |
| | ) |
| **E. WILLIAMS,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Petitioner John Wilson, Sr., an inmate who is incarcerated at Greenville Federal Correctional Institution, brings this habeas corpus action pursuant to 28 U.S.C. § 2241 to recalculate his sentence as it relates to his security custody classification form.

This case is before the Court for preliminary review of the petition pursuant to Rule 4 of the FEDERAL RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS. Rule 4 directs the judge who receives a petition to promptly examine it, and, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition." Wilson claims he has exhausted his remedies with the Bureau of Prisons. It is not plainly apparent that Wilson is not entitled to habeas relief, and, without commenting on the merits of the claims presented, the Court concludes that the petition survives preliminary

review under Rule 4 and Rule 1(b) of the FEDERAL RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS[1].

## CONCLUSION

Respondent Eric Williams is **ORDERED** to answer or otherwise respond to the petition (Doc. 1) on or before March 1, 2021. Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601, shall constitute sufficient service.

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk of Court and Respondent informed of any change in his address during the pendency of this action. Notification of any changes of address must be made in writing and within 7 days of any transfer or other change in address. Petitioner is **WARNED** that failure to provide notice may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated:  January 29, 2021.

DAVID W. DUGAN
United States District Judge

---

[1] Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases.