

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**TEL: 618.482.9371**
**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

February 1, 2021

Steven D. Weinhoeft, Jr.
United States Attorney
#9 Executive Drive, Suite 300
Fairview Heights, IL 62208

Re:       Wilson v. Williams, et al
Case No.  21-66-DWD

Dear Mr. Weinhoeft:

We have enclosed three copies of a Petition for Writ of Habeas Corpus and a copy of the Order directing your office to respond within 30 days.

Please acknowledge receipt by e-filing the enclosed copy of this letter under service of process, using the event "Return of Service on Habeas Corpus."

Very truly yours,

*s/ Tanya Kelley*
Deputy Clerk

Date Received_____

By: _____

PS-11
Rev. 4/12