TRULINCS  45033039 - WILSON, JOHN - Unit: GRE-C-A

------------------------------------------------------------------------------------------------

FROM: 45033039
TO:
SUBJECT: COURT LETTER
DATE: 01/31/2021 05:36:47 PM

February 1, 2021

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue
Room 104
East St. Louis, Illinois  62201

RE: WILSON SR. -v- WARDEN WILLIAMS/FEDERAL BUREAU OF PRISONS
    CASE NO. 3:21-CV-00066-DWD

SECOND CORRESPONDENCE

Dear Clerk of the Court,

This will be my " Second Correspondence " to your office regarding cost of filing a 2241 Writ of Habeas Corpus. On or about January 25, 2021 I received a package from your office regarding my filing of my 2241 Writ of Habeas Corpus. (First Correspondence sent to your office)

The only document in that package was a standard form for " Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs, document No. 2. Document No. was missing in the package which normally outlines the cost for such filings. I will be submitted a payment in the amount of $5.00 dollars to cover the costs of such filing, although I ask of your office to supply a mailing address to forward such payment and confirmation.

Mr. John H. Wilson Sr. # 45033-039
FCI Greenville
P.O. Box 5000
Greenville, Il  62246

John H. Wilson Sr. # 45033-039
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

SAINT LOUIS MO   630

2 FEB 2021   PM 4  L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 MISSOURI AVENUE
ROOM 104
EAST ST. LOUIS, IL      62201

DATED
MATERIAL

US MARSHALS

62201-295429



RECEIVED

FEB - 4 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE